UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTNG UNITED STATES TRUSTEE, REGION 3
Benjamin Teich, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Facsimile: (973) 645-5993
Email:   Benjamin.Teich@USDOJ.GOV

**Order Filed on August 16, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Charles M. Harris, Jr.,

Debtor.

Case No.:   15-11837 (ABA)

Chapter 7

Hearing Date: August 16, 2016, at 10:00 a.m

Judge:   Andrew B. Altenburg, Jr.

## ORDER COMPELLING THE PRODUCTION OF DOCUMENTS

The relief set forth on the following page(s), numbered two (2) is hereby **ORDERED**.

**DATED: August 16, 2016**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Charles M. Harris, Jr.,
Chapter 7 Case No. 15-11837 (ABA)

**Order Compelling the Production of Documents:**

Upon consideration of the Acting United States Trustee's motion, by and through counsel, for an Order compelling the production of documents and notice of the motion having been given to the Debtor, and the Court having found cause for the entry of the within order, it is hereby:

**ORDERED** that the motion of the Acting United States Trustee is hereby **GRANTED**; and it is further

**ORDERED** that the Debtor shall produce the requested documents by no later than two weeks after the entry of this order.

Case 15-11837-ABA Doc 63-2 Filed 08/17/16 Entered 08/17/16 13:50:57 Desc Main
Proposed Order Page 2 of 2