UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTNG UNITED STATES TRUSTEE, REGION 3
Benjamin Teich, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Facsimile: (973) 645-5993
Email: Benjamin.Teich@USDOJ.GOV

**Order Filed on August 16, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Charles M. Harris, Jr.,

Debtor.

Case No.: 15-11837 (ABA)

Chapter 7

Hearing Date: August 16, 2016, at 10:00 a.m

Judge: Andrew B. Altenburg, Jr.

## ORDER COMPELLING THE PRODUCTION OF DOCUMENTS

The relief set forth on the following page(s), numbered two (2) is hereby **ORDERED**.

**DATED: August 16, 2016**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Charles M. Harris, Jr.,
Chapter 7 Case No. 15-11837 (ABA)

**Order Compelling the Production of Documents:**

---

Upon consideration of the Acting United States Trustee's motion, by and through counsel, for an Order compelling the production of documents and notice of the motion having been given to the Debtor, and the Court having found cause for the entry of the within order, it is hereby:

**ORDERED** that the motion of the Acting United States Trustee is hereby **GRANTED**; and it is further

**ORDERED** that the Debtor shall produce the requested documents by no later than two weeks after the entry of this order.

United States Bankruptcy Court
District of New Jersey

In re:  
Charles M. Harris, Jr.  
    Debtor

Case No. 15-11837-ABA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Aug 17, 2016  
               Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2016.  
db         +Charles M. Harris, Jr.,   16 Tendring Road,   Cherry Hill, NJ 08003-2122

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2016        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2016 at the address(es) listed below:
      Ashley L. Baelz   on behalf of Creditor   Wells Fargo Bank, N.A. alb@kkelaw.com, nmm@kkelaw.com  
      Denise E. Carlon   on behalf of Creditor   Wells Fargo Bank, NA bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
      John F. Thomas, Jr.   on behalf of Debtor Charles M. Harris, Jr. jftjr@mac.com, sherri@dubrofflawllc.com,melissa@dubrofflawllc.com  
      John Philip Schneider   on behalf of Creditor   SUNTRUST MORTGAGE, INC. Attorney in Fact for SUNTRUST BANK nj.bkecf@fedphe.com  
      John R. Morton, Jr.   on behalf of Creditor   Ally Financial mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com  
      Peter S. Bejsiuk   on behalf of Creditor   Cornerstone Bank pbejsiuk@capehart.com, amulvihill@capehart.com;dphelan@capehart.com  
      Robert J. Schneider   on behalf of U.S. Trustee   United States Trustee robert.j.schneider@usdoj.gov  
      Thomas J Subranni   trustee@subranni.com, szauber@subranni.com;desk@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solutions.com;hinnaurato@subranni.com  
      United States Trustee   USTPRegion03.NE.ECF@usdoj.gov  
      William M.E. Powers   on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com  
      William M.E. Powers, III   on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com  
      TOTAL: 11