UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Robert J. Schneider, Esquire
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Facsimile: (973) 645-5993
Email: robert.j.schneider@usdoj.gov

**Order Filed on September 9, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Charles M. Harris, Jr.,

Debtor.

Case No.: 15-11837 (ABA)

Chapter 7

Judge: Honorable Andrew B. Altenburg, Jr.

**CONSENT ORDER EXTENDING TIME TO FILE A MOTION TO DISMISS CASE
UNDER 11 U.S.C. §§ 707(b)(1) AND (3) AND EXTENDING TIME TO FILE A COMPLAINT
OBJECTING TO DISCHARGE UNDER 11 U.S.C. § 727**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: September 9, 2016**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**

Debtor: Charles M. Harris, Jr.

Chapter 7 Case No.:15-11837 (ABA)

**Consent Order Extending Time to File a Motion to Dismiss Case Under 11 U.S.C. §§ 707(b)(1) and (3) and Extending Time to File a Complaint Objecting to Discharge Under 11 U.S.C. § 727**
_____

THIS MATTER having been consensually opened to the Court and agreed upon by and between Andrew R. Vara, Acting United States Trustee, by and through his counsel Robert J. Schneider, Esquire, and John F. Thomas, Jr., Esq., counsel for the Debtor, Charles M. Harris, Jr. and for other good cause shown, it is hereby

**ORDERED** that any motion by the Acting United States Trustee to dismiss the present Chapter 7 case under 11 U.S.C. §§ 707(b)(1) and (3) or any complaint objecting to discharge under 11 U.S.C. § 727 by the Acting United States Trustee and/or the Chapter 7 trustee must be filed on or before **November 8, 2016**; and it is further;

**ORDERED** that the Acting United States Trustee reserves his right to seek a further extension of the time to file a motion pursuant to 11 U.S.C. §§ 707(b)(1) and (3) or any complaint objecting to discharge under 11 U.S.C. § 727.

| | |
|---|---|
| The form and entry of the order is hereby acknowledged and agreed to: | Without Objection: |
| | |
| | Andrew R. Vara |
| Attorney for the Debtor | Acting United States Trustee, Region 3 |
| | |
| By:   *John F. Thomas, Jr.*_____ | By:   *Robert J. Schneider*_____ |
|        John F. Thomas, Jr.,        |        Robert J. Schneider |
|        Attorney for the Debtor     |        Trial Attorney |

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                         Case No. 15-11837-ABA
Charles M. Harris, Jr.                                         Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                 Page 1 of 1                  Date Rcvd: Sep 09, 2016
                              Form ID: pdf903             Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2016.
db             +Charles M. Harris, Jr.,    16 Tendring Road,    Cherry Hill, NJ 08003-2122

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2016                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 9, 2016 at the address(es) listed below:
              Ashley L. Baelz    on behalf of Creditor    Wells Fargo Bank, N.A. alb@kkelaw.com,    nmm@kkelaw.com
              Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, NA
               bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
              John F. Thomas, Jr.    on behalf of Debtor Charles M. Harris, Jr. jftjr@mac.com,
               sherri@dubrofflawllc.com,melissa@dubrofflawllc.com
              John Philip Schneider    on behalf of Creditor    SUNTRUST MORTGAGE, INC. Attorney in Fact for
               SUNTRUST BANK nj.bkecf@fedphe.com
              John R. Morton, Jr.    on behalf of Creditor    Ally Financial mortonlaw.bcraig@verizon.net,
               donnal@mortoncraig.com;mhazlett@mortoncraig.com
              Peter S. Bejsiuk    on behalf of Creditor    Cornerstone Bank pbejsiuk@capehart.com,
               amulvihill@capehart.com;dphelan@capehart.com
              Robert J. Schneider    on behalf of U.S. Trustee    United States Trustee
               robert.j.schneider@usdoj.gov
              Thomas J Subranni    trustee@subranni.com,
               szauber@subranni.com;desk@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7soluti
               ons.com;hinnaurato@subranni.com
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                               TOTAL: 11
```