Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15−11837−ABA
Chapter: 7
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Charles M. Harris Jr.
   16 Tendring Road
   Cherry Hill, NJ 08003

Social Security No.:
   xxx−xx−2114

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on January 3, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 76 − 75
Order Granting Application To Allow Attorney Charles A Dubroff, Esq. as Counsel for Debtor to Appear Pro Hac Vice (Related Doc # 75). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. This order has been mailed to the Treasurer of the New Jersey Lawyer's Fund for Client Protection via US mail. Signed on 1/3/2017. (bc)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: January 3, 2017
JJW: bc

                                                                 James J. Waldron
                                                                 Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Charles M. Harris, Jr.  
    Debtor

Case No. 15-11837-ABA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1　　　　User: admin　　　　Page 1 of 1　　　　Date Rcvd: Jan 03, 2017  
　　　　　　　　　　　　　Form ID: orderntc　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2017.  
aty　　　　+Allen B. Dubroff,　 Allen B. Dubroff, Esq. and Associates,　 322 Saint Clair Drive,　 Mount Laurel, NJ 08054-2904

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2017　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2017 at the address(es) listed below:  
    Ashley L. Baelz　on behalf of Creditor　Wells Fargo Bank, N.A. cmecf@sternlav.com  
    Denise E. Carlon　on behalf of Creditor　Wells Fargo Bank, NA bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
    John F. Thomas, Jr.　on behalf of Debtor Charles M. Harris, Jr. jftjr@mac.com, sherri@dubrofflawllc.com,melissa@dubrofflawllc.com  
    John Philip Schneider　on behalf of Creditor　SUNTRUST MORTGAGE, INC. Attorney in Fact for SUNTRUST BANK nj.bkecf@fedphe.com  
    John R. Morton, Jr.　on behalf of Creditor　Ally Financial mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com  
    Robert J. Schneider　on behalf of U.S. Trustee　United States Trustee robert.j.schneider@usdoj.gov  
    Thomas J Subranni　trustee@subranni.com, szauber@subranni.com;desk@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solutions.com;hinnaurato@subranni.com  
    United States Trustee　USTPRegion03.NE.ECF@usdoj.gov  
    William G. Wright　on behalf of Creditor　Cornerstone Bank wwright@capehart.com, jlafferty@capehart.com  
    William M.E. Powers　on behalf of Creditor　Wells Fargo Bank, N.A. ecf@powerskirn.com  
    William M.E. Powers, III　on behalf of Creditor　Wells Fargo Bank, N.A. ecf@powerskirn.com  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 11