**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

ALLEN B. DUBROFF, ESQ. &
ASSOCIATES, LLC
John F. Thomas, Jr., Esq. (JT5943)
Allen B. Dubroff, Esq. (Pro Hac Vice Pending)
322 Saint Clair Dr.
Mount Laurel, NJ 08054

In Re:

Charles M. Harris, Jr.

                    Debtor.

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

Order Filed on January 3, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 7

Case No. 15-11837- (ABA)

### ORDER FOR ADMISSION OF ALLEN B. DUBROFF, ESQ., *PRO HAC VICE*

The relief set forth on the following pages, numbered two (2) through three (3), is hereby
**ORDERED**.

**DATED: January 3, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter having been brought before the Court on application for an Order For

Admission Pro Hac Vice; and the Court having reviewed the moving papers of the applicant,

out-of-state attorney, and considered this matter pursuant to Fed.R.Civ.Proc.78, D.N.J.

L.Civ.R.101.1 and D.N.J. LBR 2090-1, and good cause having been shown; it is

**ORDERED** that ALLEN B. DUBROFF, ESQ. be permitted to appear *pro hac vice;*

provided that pursuant to D.N.J. L.Civ. R. 101.1(4), an appearance as counsel of record shall be

filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings

may be served, and who shall promptly notify the out-of -state attorney of their receipt. Only an

attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or

sign and receive payments on judgments, decrees or orders, and it is further

**ORDERED** that the applicant shall arrange with the New Jersey Lawyers' Fund for

Client Protection for payment of the annual fee, for this year and for any year in which the out-of

-state attorney continues to represent a client in a matter pending in this Court in accordance with

New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, said fee to be deposited within 21

days of the date of the entry of this Order, and it is further

**ORDERED** that the $150.00 fee required by D.N.J.L. Civ. R. 101(c)(3) for pro hac vice

admission to the District Court for the District of New Jersey shall also be payable within 21

days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC"

and forwarded to the Clerk of the United States Bankruptcy Court for the District of New Jersey

at the following address, for forwarding by the Clerk to the District Court:

2

United States Bankruptcy Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, N.J. 07102
Attention: Pro Hac Vice Admissions;

and it is further **ORDERED** that the applicant shall be bound by the Local Rules of the

United States District Court for the District of New Jersey and the Local Rules of Bankruptcy

Procedure for the District of New Jersey; and it is further

**ORDERED** that Applicant shall be bound by the Local Rules of the United States District

Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the

District of New Jersey, and it is further

**ORDERED** that the Clerk shall forward a copy of this order to the Treasurer of New

Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.

CERTIFICATE OF MAILING

I HEREBY CERTIFY that I served a copy of this Order on the applicant and the Treasurer of the

New Jersey Lawyers' Fund for Client Protection, Richard J. Hughes Justice Complex, P.O. Box

961, Trenton, NJ 08625-0961 on _____.

JAMES J. WALDRON, Clerk

3

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 15-11837-ABA
Charles M. Harris, Jr.                                         Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 1          Date Rcvd: Jan 03, 2017
                             Form ID: pdf903       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2017.
db            +Charles M. Harris, Jr.,   16 Tendring Road,   Cherry Hill, NJ 08003-2122
aty           +Allen B. Dubroff,   Allen B. Dubroff, Esq. and Associates,   322 Saint Clair Drive,
               Mount Laurel, NJ 08054-2904

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 3, 2017 at the address(es) listed below:
          Ashley L. Baelz    on behalf of Creditor   Wells Fargo Bank, N.A. cmecf@sternlav.com
          Denise E. Carlon    on behalf of Creditor   Wells Fargo Bank, NA
           bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
          John F. Thomas, Jr.    on behalf of Debtor Charles M. Harris, Jr. jftjr@mac.com,
           sherri@dubrofflawllc.com,melissa@dubrofflawllc.com
          John Philip Schneider    on behalf of Creditor   SUNTRUST MORTGAGE, INC. Attorney in Fact for
           SUNTRUST BANK nj.bkecf@fedphe.com
          John R. Morton, Jr.    on behalf of Creditor   Ally Financial mortonlaw.bcraig@verizon.net,
           donnal@mortoncraig.com;mhazlett@mortoncraig.com
          Robert J. Schneider    on behalf of U.S. Trustee   United States Trustee
           robert.j.schneider@usdoj.gov
          Thomas J Subranni    trustee@subranni.com,
           szauber@subranni.com;desk@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7soluti
           ons.com;hinnaurato@subranni.com
          United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William G. Wright    on behalf of Creditor   Cornerstone Bank wwright@capehart.com,
           jlafferty@capehart.com
          William M.E. Powers    on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                           TOTAL: 11