UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____aaaa

Chapter: _____aaaa

Hearing Date: _____aaaa

Judge: _____aaaa

**ADJOURNMENT REQUEST**

1.  I, _____,

    ☐ am the attorney for: _____,

    ☐ am self represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: _____

    Current hearing date and time: _____

    New date requested: _____

    Reason for adjournment request: _____

    _____

2.  Consent to adjournment:

    ☐ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: _____    _____
                                                Signature

**COURT USE ONLY:**

The request for adjournment is:

☐ Granted            New hearing date: _____        ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____        ☐ Peremptory

☐ Denied

"

""""""""""""""""""""""""**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**