UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Benjamin Teich, Esquire
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Facsimile: (973) 645-5993
Email: Benjamin.Teich@usdoj.gov

**Order Filed on May 2, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Charles M. Harris, Jr.,

Debtor.

Case No.: 15-11837 (ABA)

Chapter 7

Judge: Honorable Andrew B. Altenburg, Jr.

**CONSENT ORDER EXTENDING TIME TO FILE A MOTION TO DISMISS CASE
UNDER 11 U.S.C. §§ 707(b)(1) AND (3) AND EXTENDING TIME TO FILE A COMPLAINT
OBJECTING TO DISCHARGE UNDER 11 U.S.C. § 727**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: May 2, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**

Debtor: Charles M. Harris, Jr.

Chapter 7 Case No.:15-11837 (ABA)

**Consent Order Extending Time to File a Motion to Dismiss Case Under 11 U.S.C. §§ 707(b)(1) and (3) and Extending Time to File a Complaint Objecting to Discharge Under 11 U.S.C. § 727**

___

THIS MATTER having been consensually opened to the Court and agreed upon by and between Andrew R. Vara, Acting United States Trustee, by and through his counsel Benjamin Teich, Esquire, and Allen Dubroff, Esq., counsel for the Debtor, Charles M. Harris, Jr. and for other good cause shown, it is hereby

**ORDERED** that any motion by the Acting United States Trustee to dismiss the present Chapter 7 case under 11 U.S.C. §§ 707(b)(1) and (3) or any complaint objecting to discharge under 11 U.S.C. § 727 by the Acting United States Trustee and/or the Chapter 7 trustee must be filed on or before **June 30, 2017**; and it is further;

**ORDERED** that the Acting United States Trustee reserves his right to seek a further extension of the time to file a motion pursuant to 11 U.S.C. §§ 707(b)(1) and (3) or any complaint objecting to discharge under 11 U.S.C. § 727.

| | |
|---|---|
| The form and entry of the order is hereby acknowledged and agreed to: | Without Objection: |
| | Andrew R. Vara |
| Attorney for the Debtor | Acting United States Trustee, Region 3 |
| By:   */s/ Allen Dubroff* <br>         Allen Dubroff, Esq. <br>         Attorney for the Debtor | By:   */s/ Benjamin Teich* <br>         Benjamin Teich <br>         Trial Attorney |

United States Bankruptcy Court
District of New Jersey

In re:  
Charles M. Harris, Jr.  
    Debtor

Case No. 15-11837-ABA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: May 02, 2017  
                      Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2017.
```
db             +Charles M. Harris, Jr.,    16 Tendring Road,    Cherry Hill, NJ 08003-2122
aty            +Allen B. Dubroff,    Allen B. Dubroff, Esq. and Associates,    322 Saint Clair Drive,
                 Mount Laurel, NJ 08054-2904
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2017                        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2017 at the address(es) listed below:
```
              Ashley L. Baelz    on behalf of Creditor    Wells Fargo Bank, N.A. cmecf@sternlav.com
              Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, NA
               bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
              John F. Thomas, Jr.    on behalf of Debtor Charles M. Harris, Jr. jftjr@mac.com,
               allen@dubrofflawllc.com,sherri@dubrofflawllc.com
              John Philip Schneider    on behalf of Creditor    SUNTRUST MORTGAGE, INC. Attorney in Fact for
               SUNTRUST BANK nj.bkecf@fedphe.com
              John R. Morton, Jr.    on behalf of Creditor    Ally Financial mortonlaw.bcraig@verizon.net,
               tfitz@mortoncraig.com;mhazlett@mortoncraig.com
              Robert J. Schneider    on behalf of U.S. Trustee    United States Trustee
               robert.j.schneider@usdoj.gov
              Thomas J Subranni    trustee@subranni.com,
               szauber@subranni.com;desk@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7soluti
               ons.com;hinnaurato@subranni.com
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William G. Wright    on behalf of Creditor    Cornerstone Bank wwright@capehart.com,
               jlafferty@capehart.com
              William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 11
```